UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-

WAYNE CHARLES, et al.,

           Defendants.
------------------------------------------------------------X

NOTICE OF SUBSTITUTION
OF COUNSEL

08 CR 242 (KMK)

       PLEASE TAKE NOTICE that Alperin & Hufjay and Paul I. Horowitz, Esq. counsel to Wayne Charles, will be substituted by GERALD B. LEFCOURT, P.C., as counsel to Mr. Charles for all purposes in this matter.

June 11, 2008

                           Yours, etc.

Alperin & Hufjay

by: _____
Lewis E Alperin, Esq.

22 West First Street, Suite 623
Mount Vernon, NY 10550
(914) 664-8400

Gerald B. Lefcourt, P.C.

by: _____
Gerald B. Lefcourt, Esq.

148 East 78th Street
New York, NY 10075
(212) 737-0400

Paul I. Horowitz, Esq.

by: _____
Paul I. Horowitz, Esq.

22 West First Street, Suite 623
Mount Vernon, NY 10550
(914) 699-5637

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, a copy of the foregoing Notice of Substitution of Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

I further certify that on June 17, 2008 I provided a copy of the foregoing Notice of Substitution of Counsel to the Defendant, Wayne Charles, by regular mail, at the address he designated for such correspondence, to wit, 80 W 120th Street, New York, NY 10027.

Faith A. Friedman (6066)
Gerald B. Lefcourt, P.C.
148 East 78th Street
New York, New York 10021
Phone: (212) 737-0400
Fax:   (212) 988-6192
Email: ffriedman@lefcourtlaw.com