AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

United States of America,

   -against-

Wayne Charles, et al.,
          Defendants.

**APPEARANCE**

Case Number: 08 CR. 243 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Wayne Charles

I certify that I am admitted to practice in this court.

| 6/17/2008 | *signature* |
|---|---|
| Date | Signature |

Gerald B. Lefcourt     4030
Print Name     Bar Number

Gerald B. Lefcourt, P.C., 148 East 78th Street
Address

| New York | NY | 10075 |
|---|---|---|
| City | State | Zip Code |

| (212) 737-0400 | (212) 988-6192 |
|---|---|
| Phone Number | Fax Number |