AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

United States of America,

   -against-

Wayne Charles, et al.,
        Defendants.

**APPEARANCE**

Case Number: 08 CR. 243 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Wayne Charles

Please note the Firm has previously appeared in this matter. This notice is being filed solely for the purpose of adding the name of the undersigned to the electronic case file in this matter.

I certify that I am admitted to practice in this court.

Yours, etc.

GERALD B. LEFCOURT, P.C.

| | |
|---|---|
| 6/17/2008 | BY: *[signature]* |
| Date | Signature |
| | Faith A. Friedman — 6066 |
| | Print Name — Bar Number |
| | 148 East 78th Street |
| | Address |
| | New York — NY — 10075 |
| | City — State — Zip Code |
| | (212) 737-0400 — (212) 988-6192 |
| | Phone Number — Fax Number |