**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
30 VESEY STREET
PENTHOUSE SUITE
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 683-5185 EXT. 20
FAX: (914) 761-0995

December 4, 2015

Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF

      Re: **United States v. Constance G. Post, 08 Cr. 243 (KMK)**
         **Proposed Post-Trial Motion Schedule**

Dear Judge Karas:

  On November 30, 2015, after jury verdict, the Court directed that counsel submit a proposed post-trial motion and briefing schedule by December 7, 2015. Accordingly, after consultation with Mr. Lewis and Mr. Dember, who are in agreement, I propose that defense motions be submitted on or before January 7, 2016, Government response on or before January 28, 2016 and defense sur-replies, if necessary, on or before February 11, 2016.

  I thank the Court for its consideration of this matter.

               Very truly yours,

               Tanner & Ortega, L.L.P.

               Howard E. Tanner

cc:  Stephen R. Lewis, Esq. (By ECF)
    AUSA Andrew Dember (By ECF)