## STEPHENS, BARONI, REILLY & LEWIS, LLP

### ATTORNEYS AND COUNSELORS AT LAW

ROLAND A. BARONI, JR.
STEPHEN R. LEWIS

———

COUNSEL
GERALD D. REILLY
JOSEPH P. ERIOLE

NORTHCOURT BUILDING
175 MAIN STREET
WHITE PLAINS, NY 10601
(914) 761-0300
(914) 683-5185

———

FAX (914) 761-0995
FAX (914) 683-1323
E-MAIL: sbrl@sbrllaw.com

NORTHERN WESTCHESTER OFFICE
OLD POST ROAD PROFESSIONAL BUILDING
CROSS RIVER, NEW YORK 10518

———

SERVICE NOT ACCEPTED
BY FAX OR E-MAIL

January 4, 2016

*VIA ECF & FIRST CLASS MAIL*

Honorable Kenneth M. Karas
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Constance G. Post and Wayne Charles*
      Case No:  08-Cr-243 (KMK)

Dear Judge Karas:

Due to an ongoing matrimonial trial in which I am actively engaged, I am requesting an additional week to submit the Defendants' post-trial motions.

By letter dated December 4, 2015 from Mr. Tanner, it was agreed by all parties that the defense motions would be submitted on or before January 7, 2016. I am respectfully requesting that the Defendants' papers be submitted on or before January 14, 2016. Mr. Dember and Mr. Tanner have no objection to this request.

I thank the Court for its consideration in this regard.

Very truly yours,

Stephen R. Lewis

SRL:dr
cc: AUSA Andrew Dember *(By ECF)*
    Howard Tanner, Esq. *(By ECF)*